# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. OKLAHOMA INDEPENDENT PETROLEUM ASSOCIATION<br><br>2. OKLAHOMA OIL AND GAS ASSOCIATION<br><br>3. INTERNATIONAL ASSOCIATION OF GEOPHYSICAL CONTRACTORS<br><br>4. INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA<br><br>5. AMERICAN PETROLEUM INSTITUTE<br><br>6. WESTERN ENERGY ALLIANCE<br><br>vs.<br><br>1. DEPARTMENT OF THE INTERIOR<br><br>2. SALLY JEWELL<br>Secretary, U.S. Department of Interior<br><br>3. FISH & WILDLIFE SERVICE<br><br>4. DANIEL M. ASHE<br>Director, U.S. Fish and Wildlife Service<br><br>5. GARY FRAZER, in his official capacity as Assistant Director of the Fish and Wildlife Service<br><br>6. DIXIE PORTER, in her official capacity as the Field Supervisor, Oklahoma Ecological Services Field Office, Fish and Wildlife Service, Tulsa, Oklahoma<br>            *Defendants*. | Case No.  14-CV-307-JHP-PJC |

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFFS

{1262752;}

We, the undersigned, counsel of record for the Oklahoma Independent Petroleum Association, Oklahoma Oil and Gas Association, International Association of Geophysical Contractors, Independent Petroleum Association of America, American Petroleum Institute, Western Energy Alliance (collectively "Trade Associations"), certify that to the best of my knowledge and belief, none of the above-referenced Trade Associations are for-profit corporate entities, have no parent companies or for-profit corporate subsidiaries, and do not have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted on June 16, 2014,

| | |
|---|---|
| *Craig A. Fitzgerald,* OBA #15233<br>*Lloyd W. Landreth,* OBA No. 15886<br>GableGotwals<br>1100 ONEOK Plaza<br>100 West 5th Street<br>Tulsa, OK 7410304217<br>Telephone: (918) 595-4811<br>Facsimile: (918) 595-4990 | *Mark R. Robeck*<br>*Wayne D'Angelo*<br>Kelley Drye & Warren LLP<br>Washington Harbour, Suite 400<br>3050 K Street, NW<br>Washington, DC 20007-5108<br>Telephone: (202) 342-8400<br>Facsimile: (202) 342-8451<br>(*pro hac vice* motions to be submitted)<br><br>*Counsel for Plaintiffs Oklahoma Independent Petroleum Association, Oklahoma Oil and Gas Association, International Association of Geophysical Contractors, Independent Petroleum Association of America, American Petroleum Institute, and Western Energy Alliance* |

{1262752;}